

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2015

No. 04-14-00844-CV

**IN THE INTEREST OF N.R.V., A.M.A.F. AND I.I.F., CHILDREN,**

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3094-DC
The Honorable Cathy Morris, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before March 31, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court